S. B. HOGAN, H. K. STILL, W. R. MINOR, BEING AND CON-
STITUTING THE BOARD OF PUBLIC INSTRUCTION OF HARDEE
COUNTY, FLORIDA, *Plaintiffs in Error*, v. STATE OF FLOR-
IDA EX REL. G. W. WILLIAMS, W. M. LOWE, J. M. HAN-
COCK, TRUSTEES OF GARDNER SPECIAL TAX SCHOOL DIS-
TRICT, HARDEE COUNTY, AND H. C. KETRING, *Defendants
in Error*.

Opinion Filed January 9, 1923.

1. Mandamus proceedings in the circuit court may be reviewed
   by the Supreme Court on a writ of error, but not on appeal,
   and evidence taken in such proceedings in the Circuit Court
   should be brought to the Supreme Court by means of bill of
   exceptions.

2. Where evidence taken in mandamus proceedings, brought to
   the Supreme Court for review by writ of error, is not con-
   tained in a bill of exceptions but there is reproduced in the
   transcript what purports to be a copy of the testimony, the
   pages containing it may, upon motion, be stricken.

A motion to strike portions of the transcript.

Motion granted.

*L. Grady Burton*, for Plaintiffs in Error;

*W. W. Whitehurst*, for Defendants in Error.

PER CURIAM.—This is a proceeding in mandamus. It is
brought to this court by writ of error. After return to the
alternative writ had been made an attorney was appointed
by order of the court to take the testimony of witnesses and
report same to the court. Pursuant to this order testimony
was taken as if it were a chancery cause. There is no bill

of exceptions in the record but the record contains what purports to be a copy of the evidence. The motion to strike the pages of the record containing this evidence should be granted.

The motion to strike is granted.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE AND WEST, J. J., concur.